UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00013-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JUSTIN RAY BOYKIN,
2.  AUDRA BOYKIN,
3.  CHRISTY ANN HULL, and
4.  ELI JOSEPH SHORTT,

     Defendants.

---

## ORDER

---

     This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **Monday, February 14, 2011,** and responses to these motions shall be filed by **Thursday, February 24 , 2011.**  It is

     FURTHER ORDERED that a 5-day jury trial is set to commence **Monday, March 14, 2011, at 9:00 a.m. in courtroom A-1002.**  It is

     FURTHER ORDERED that the parties shall promptly advise the Court if a hearing and/or final trial preparation conference needs to be set.

Dated this 7th day of January, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE