**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 27, 2012 | Probation: | Susan Heckman |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **11-cr-00013-WYD**          Counsel:

UNITED STATES OF AMERICA,                     David M. Conner

        Plaintiff,

v.

**1.  JUSTIN RAY BOYKIN**,                     Gregory R. S. Daniels

        Defendant.

## SENTENCING

**3:22 p.m.**     Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - September 1, 2011, at 10:00 a.m.
        Plea of Guilty - counts 1 and 2 of Indictment.**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

3:24 p.m.     Statement on behalf of Government (Mr. Conner).

3:26 p.m.     Statement on behalf of Defendant (Mr. Daniels).

3:27 p.m.     Statement by Defendant on his own behalf (Mr. Boykin).

3:35 p.m.     Statement on behalf of Defendant (Mr. Daniels).

3:35 p.m.     Statement on behalf of Government (Mr. Conner).

| | |
|---|---|
| 3:37 p.m. | Statement on behalf of Defendant (Mr. Daniels). |
| 3:37 p.m. | Statement on behalf of Probation (Ms. Heckman). |
| 3:38 p.m. | Statement on behalf of Defendant (Mr. Daniels). |
| 3:38 p.m. | Statement by Defendant on his own behalf (Mr. Boykin). |

Court makes findings.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (ECF Doc. No. 97), filed December 1, 2011, is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 98), filed December 2, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant be **imprisoned** for **76** months on each of counts 1 and 2, to run concurrently.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate facility within the state of Colorado to be in close proximity to family since his sister may need a kidney transplant and he would be a possible donor.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years on each of counts 1 and 2, to run concurrently.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(X) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

(X) The defendant shall undergo a mental health evaluation, and if recommended, he shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   The defendant shall make restitution totaling $4,117.00 as follows:

| **Victims** | **Amount** |
|---|---|
| TCF Bank<br>Attn: John Maloney<br>Manager of Security & Investigations<br>6400 South Fiddlers Green Circle, Suite 800<br>Greenwood Village, Colorado 80111 | $4,117.00 |

The special assessment and restitution obligation are due immediately.  Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.  Interest on the restitution is waived.

Restitution is ordered to be paid jointly and severally with the codefendants.  It is also ordered that restitution be off-set by any funds recovered by law enforcement and returned to the victims, and that the government advise the Clerk of the Court if such funds are returned.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:46 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :24**